*Harold M. Harkavy* and *Frederick M. Garfield* for appellant.

*Clarence E. Mellen* and *Robert X. Kuzmier* for respondent.

*Patrick E. Gibbons* and *Oscar A. Thompson* for Louis Cohen and another, third-party defendants-respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.

HARRY ADLER, Respondent, *v.* TULLY & DI NAPOLI, INC., Appellant, and NICHOLAS ASCENZO et al., Partners Doing Business under the Name of ASCENZO & SONS, Respondents.

Argued January 9, 1950; decided February 23, 1950.

*Frederick Mellor* for appellant.

*Archie B. Morrison, John D. Lynn, Robert A. Dwyer* and *Daniel Miner* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.